**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LOUIS GARY,<br><br>             Petitioner,<br><br>        v.<br><br>JAMES D. HARTLEY, Acting Warden,<br><br>             Respondent. | NO. CV 07-01796 DSF (SS)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: 3/30/09

*Dale S. Fischer*

DALE S. FISCHER
UNITED STATES DISTRICT JUDGE